IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DROPLETS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **OVERSTOCK.COM, INC.,** <br> **SEARS ROEBUCK & CO.,** <br> **SEARS BRANDS LLC,** <br> **SEARS HOLDINGS CORPORATION,** <br><br> Defendants. | Civil Action No. 2:11-cv-401 <br><br><br><br> JURY TRIAL |

## JOINT SUBMISSION OF JURY MATERIALS

Plaintiff Droplets, Inc. ("Droplets") and Defendants Overstock.com, Inc. ("Overstock"), Sears Roebuck & Co., Sears Brands LLC, Sears Holdings Corporation (collectively "Sears") ("Defendants") hereby submit the following jury materials:

Attached as **Exhibit A** hereto is Droplets' and Defendants' Joint Proposed Final Jury Instructions, with bracketed and highlighted individual proposals and footnoted objections and comments. The parties will submit their Joint Proposed Preliminary Jury Instructions no later than Wednesday, December 3, 2014.

Attached as **Exhibit B** hereto is Droplets' and Defendants' Joint Proposed Verdict Form, with bracketed and highlighted individual proposals and footnoted objections and comments.

The parties reserve the right to amend, supplement, or modify these proposed jury materials as the case proceeds toward the final pretrial conference and trial, and as the parties continue to meet and confer regarding these materials in an attempt to further remove disputed

2

issues. Additionally, the parties do not waive any objections to issues that are the subject of pending or anticipated motions, including *Daubert* motions, motions to strike, motions for summary judgment, and motions *in limine*. Further, by submitting these proposed jury materials, the parties do not waive their rights to object to the submission or form of any questions ultimately submitted to the jury.

|  |  |
|---|---|
| Dated: December 1, 2014. | **MCKOOL SMITH, P.C.**<br><br>/ s/ Joshua W. Budwin<br><br>Theodore Stevenson III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>104 E. Houston St., Ste. 300<br>P.O. Box O<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9095<br><br>Josh W. Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>James E. Quigley<br>Texas State Bar No. 24075810<br>jquigley@mckoolsmith.com<br>Jennifer A. Albert<br>Texas State Bar No. 24087087<br>jalbert@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 West Sixth Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744 |

Courtland L. Reichman
California State Bar No. 268873
creichman@mckoolsmith.com
Stephanie M. Adams
California State Bar No. 289548
smadams@mckoolsmith.com
**MCKOOL SMITH HENNIGAN, PC**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

James A. Holmes
Texas State Bar No. 00784290
The Law Office of James Holmes, P.C.
212 South Marshall
Henderson, TX 75654
903.657.2800
903.657.2855 (facsimile)
jh@jamesholmeslaw.com

**ATTORNEYS FOR PLAINTIFF DROPLETS, INC.**

*/s/ John H. Barr, Jr.*

John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
john.barr@bgllp.com
Christopher A. Shield
State Bar No. 24046833
chris.shield@bgllp.com
Timothy R. Geiger
State Bar No. 24078552
tim.geiger@bgllp.com
**BRACEWELL & GIULIANI LLP**
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile

**ATTORNEYS FOR DEFENDANTS OVERSTOCK.COM, INC., SEARS, ROEBUCK AND CO., SEARS BRANDS, L.L.C., AND SEARS HOLDINGS CORPORATION**

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 1, 2014.

*/s/ Jennifer Albert*
Jennifer Albert