IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DROPLETS, INC.,** | |
| **Plaintiff,** | **Civil Action No.  2:11-cv-401** |
| **v.** | |
| **OVERSTOCK.COM, INC.,** | **JURY TRIAL** |
| **SEARS ROEBUCK & CO.,** | |
| **SEARS BRANDS LLC,** | |
| **SEARS HOLDINGS CORPORATION,** | |
| **Defendants.** | |

### JOINT SUBMISSION OF PRELIMINARY JURY INSTRUCTIONS

Plaintiff Droplets, Inc. ("Droplets") and Defendants Overstock.com, Inc. ("Overstock"), Sears Roebuck & Co., Sears Brands LLC, Sears Holdings Corporation (collectively "Sears") ("Defendants") hereby submit their joint proposed preliminary jury instructions.

Attached as **Exhibit A** hereto is Droplets' and Defendants' Joint Proposed Preliminary Jury Instructions, with bracketed and highlighted individual proposals and footnoted objections and comments.

The parties reserve the right to amend, supplement, or modify these proposed preliminary jury instructions as the case proceeds toward the final pretrial conference and trial, and as the parties continue to meet and confer regarding the proposed preliminary instructions in an attempt to further remove disputed issues.  Additionally, the parties do not waive any objections to issues that are the subject of pending or anticipated motions, including *Daubert* motions, motions to strike, motions for summary judgment, and motions *in limine*.  Further, by submitting these

2

proposed preliminary jury instructions, the parties do not waive their rights to object to the submission or form of any questions ultimately submitted to the jury.

Dated: December 3, 2014.

**MCKOOL SMITH, P.C.**

*/ s/ Joshua W. Budwin*

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9095

Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
Jennifer A. Albert
Texas State Bar No. 24087087
jalbert@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

3

Courtland L. Reichman
California State Bar No. 268873
creichman@mckoolsmith.com
Stephanie M. Adams
California State Bar No. 289548
smadams@mckoolsmith.com
**MCKOOL SMITH HENNIGAN, PC**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

James A. Holmes
Texas State Bar No.  00784290
The Law Office of James Holmes, P.C.
212 South Marshall
Henderson, TX 75654
903.657.2800
903.657.2855 (facsimile)
jh@jamesholmeslaw.com

**ATTORNEYS FOR PLAINTIFF
DROPLETS, INC.**

*/s/ John H. Barr, Jr.*

John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
john.barr@bgllp.com
Christopher A. Shield
State Bar No. 24046833
chris.shield@bgllp.com
Timothy R. Geiger
State Bar No. 24078552
tim.geiger@bgllp.com
**BRACEWELL & GIULIANI LLP**
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile

**ATTORNEYS FOR DEFENDANTS
OVERSTOCK.COM, INC., SEARS,
ROEBUCK AND CO., SEARS BRANDS,
L.L.C., AND SEARS HOLDINGS
CORPORATION**

4

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via the Court's ECF system on December 3, 2014.

*/s/ Jennifer Albert*
Jennifer Albert