IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DROPLETS, INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **OVERSTOCK.COM, INC.,** <br> **SEARS ROEBUCK & CO.,** <br> **SEARS BRANDS LLC,** <br> **SEARS HOLDINGS CORPORATION,** <br><br> Defendants. | Civil Action No. 2:11-cv-401 <br><br> JURY TRIAL |

**PLAINTIFF DROPLETS INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DROPLETS' MOTION TO STRIKE AND EXCLUDE EXPERT REPORT AND TESTIMONY OF STEPHEN GRAY [DKT. 257]**

Plaintiff Droplets, Inc. ("Droplets") hereby submits this Notice of Supplemental Authority in support of its Motion to Strike and Exclude Expert Report and Testimony of Stephen Gray. Dkt. 257 ("Motion").

Attached hereto as Exhibit 1 is a copy of the opinion from the United States District Court for the Eastern District of Michigan in *Numatics, Inc. v. Balluff, Inc.*, Dkt. 146, Case No. 2:13-cv-11049 (E.D. Mich. Dec. 16, 2014). This is new, relevant, and persuasive authority on the issues set forth in Droplets' Motion, including striking and excluding an expert where the party's lawyers, and not the expert, drafted significant portions of the expert's report.

In *Numatics*, the court struck the defendants' expert's report and precluded the expert from testifying. *Id.* at *4-12. In doing so, the court noted

> The problems with Justice's[, the defendants' expert,] testimony stem from the fact that he did not draft his own report; defense counsel drafted it for him. The Court finds that practice to be a remarkable breach of ethics and protocol, which defense counsel brazenly attempted to justify at oral argument. Expert witnesses

generally do not provide factual accounts of the contested issues, and their testimony need not be based on personal knowledge. *See* Fed. R. Evid. 602. Instead, they are permitted to comment on the evidence that others supply. Fed. R. Evid. 703. Expert witnesses are allowed to testify based on information furnished by others because they have technical expertise in a given field that "will help the trier of fact to understand the evidence." Fed. R. Evid. 702(a). An expert witness who is merely a party's lawyer's avatar contributes nothing useful to the decisional process.

*Id.* at *4. The court continued by stating that "Justice's report simply mimics the summary of the prior art found in Balluff's invalidity contentions, provides no basis for concluding that prior art references would be combined, assumes that the prior art should be combined, and reaches a conclusion without knowing the relevant factors." *Id.* at *5. The court further noted—in the context of whether the expert's conclusions were his own or defendants' lawyers'—that

> Section H of the report illustrates the point. That section is nearly indistinguishable from Balluff's third supplemental invalidity contentions, which were disclosed on May 7, 2014, several months before Justice apparently signed the report. The pictures, charts, and diagrams are the same. The citations are identical. The prose is indistinguishable down to the punctuation, leading to only one possible conclusion: the report was ghost-written by Balluff's attorneys as a legal brief disguised (thinly) as an expert disclosure.

*Id.* at *10-11.

Dated: December 22, 2014    Respectfully submitted,

**MCKOOL SMITH, P.C.**

*/s/ Joshua W. Budwin*
Theodore Stevenson, III
LEAD ATTORNEY
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4974
Fax: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Tel: (903) 923-9000
Fax: (903) 923-9095

Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
Jennifer A. Albert
Texas State Bar No. 24087087
jalbert@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Tel: (512) 692-8700
Fax: (512) 692-8744

        Courtland L. Reichman
        California State Bar No. 268873
        creichman@mckoolsmith.com
        Stephanie M. Adams
        California State Bar No. 289548
        smadams@mckoolsmith.com
        **MCKOOL SMITH HENNIGAN, PC**
        255 Shoreline Drive, Suite 510
        Redwood Shores, CA 94065
        Tel: (650) 394-1400
        Fax: (650) 394-1422

        James A. Holmes
        Texas State Bar No.  00784290
        The Law Office of James Holmes, P.C.
        212 South Marshall
        Henderson, TX 75654
        903.657.2800
        903.657.2855 (facsimile)
        jh@jamesholmeslaw.com

        **ATTORNEYS FOR PLAINTIFF
        DROPLETS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on December 22, 2014.  Local Rule CV-5(a)(3)(A).

        */s/  James Quigley*
        James Quigley

1069753