# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DROPLETS, INC.**<br><br>    Plaintiff,<br><br>    v.<br><br>**OVERSTOCK.COM, INC.,**<br>**SEARS ROEBUCK & CO.,**<br>**SEARS BRANDS LLC,**<br>**SEARS HOLDINGS CORPORATION,**<br><br>    Defendants. | Civil Action No. 2:11-cv-00401-JRG-RSP<br><br>JURY TRIAL |

## JOINT NOTICE REGARDING DEPOSITION DESIGNATIONS

Pursuant to the Court's verbal order at the pretrial conference on January 6, 2015, Plaintiff Droplets, Inc. ("Droplets") and Defendants Overstock.com, Inc. ("Overstock"), Sears, Roebuck and Company, Sears Brands, L.L.C., and Sears Holdings Corporation (collectively, "Sears") (with Overstock, collectively, "Defendants") notify the Court of the following agreements related to outstanding objections to deposition designations.

While the parties have resolved a number of objections to each other's deposition designations, some designations are still objected to on both Droplets' and Defendants' lists. Attached as Exhibit A is a list of Droplets' deposition designations, Defendants' objections and counters, and Droplets' objections to counters and rebuttal designations. Attached as Exhibit B is a list of Defendants' depositions designations, Droplets' objections and counters, and Defendants' objections to counters and rebuttal designations.

`

2

| | |
|---|---|
| Dated: January 8, 2014 | McKool Smith, P.C.<br><br>/s/ Theodore Stevenson<br>Theodore Stevenson III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@McKoolSmith.com<br>**McKool Smith, P.C.**<br>104 E. Houston St., Ste. 300<br>P.O. Box O<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9095<br><br>Josh W. Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>James E. Quigley<br>Texas State Bar No. 24075810<br>jquigley@mckoolsmith.com<br>Jennifer A. Albert<br>Texas State Bar No. 24087087<br>jalbert@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 West Sixth Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744 |

2

Courtland L. Reichman
California State Bar No. 268873
creichman@mckoolsmith.com
Stephanie M. Adams
California State Bar No. 289548
smadams@mckoolsmith.com
**MCKOOL SMITH HENNIGAN, PC**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

James A. Holmes
Texas State Bar No. 00784290
The Law Office of James Holmes, P.C.
212 South Marshall
Henderson, TX 75654
903.657.2800
903.657.2855 (facsimile)
jh@jamesholmeslaw.com

**ATTORNEYS FOR PLAINTIFF DROPLETS, INC.**

By: */s/ John H. Barr, Jr.*   (with permission)
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
john.barr@bgllp.com
Christopher A. Shield
State Bar No. 24046833
chris.shield@bgllp.com
Timothy R. Geiger
State Bar No. 24078552
tim.geiger@bgllp.com
**BRACEWELL & GIULIANI LLP**
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile

**ATTORNEYS FOR DEFENDANTS OVERSTOCK.COM, INC., SEARS, ROEBUCK AND COMPANY, SEARS BRANDS, L.L.C., AND SEARS HOLDINGS CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3), on January 8, 2014.

/s/ *James E. Quigley*  
James E. Quigley

McKool 1071893v1