IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DROPLETS, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 2:11-cv-401 |
| v. § | |
| § | |
| **OVERSTOCK.COM, INC.,** § | JURY TRIAL |
| **SEARS ROEBUCK & CO.,** § | |
| **SEARS BRANDS LLC,** § | |
| **SEARS HOLDINGS CORPORATION,** § | |
| § | |
| **Defendants.** § | |

**DEFENDANTS' SECOND AMENDED OBJECTIONS TO PLAINTIFF DROPLETS'
OBJECTIONS TO COUNTERS AND REBUTTAL DESIGNATIONS TO DEFENDANT'S
OBJECTIONS AND COUNTER DESIGNATIONS OF JANUARY 7, 2015**

Pursuant to the Court's Docket Control Order (dkt. 175) entered on January 6, 2014, Defendants' hereby provide its second amended objections to Plaintiff's objections and rebuttal designations to Defendants' objections and counter deposition designations served on January 7, 2014. Defendants reserve the right to modify these objections depending upon the parties' discussions of the issues and the Court's rulings on motions and evidentiary issues, or if Defendants otherwise deems it appropriate to do so.

**Deposition of Amit Goyal, July 24, 2014**

| From (page:line) | To (page:line) | Objections | Counter-Designations | Objections to Counters | Rebuttal designations |
|---|---|---|---|---|---|
| 5:6 | 5:8 | | | | |
| 7:22 | 7:25 | | | | |
| 60:15 | 60:18 | | | | |
| 61:18 | 62:1 | LC, F, O, U, V<br>OB (61:21) | | | |

#4784934.1                                        1

| From (page:line) | To (page:line) | Objections | Counter-Designations | Objections to Counters | Rebuttal designations |
|---|---|---|---|---|---|
| 69:22 | 70:1 | LC, F, H, O, U, V  OB (69:25) | | | |

**Deposition of Veera Chandra Sekhar Kovelakuntla, July 31, 2014**

| From (page:line) | To (page:line) | Objections | Counter-Designations | Objections to Counters | Rebuttal designations |
|---|---|---|---|---|---|
| 8:13 | 8:15 | | | | |
| 18:15 | 18:18 | | | | |
| 88:23 | 89:6 | | | | |
| 90:23 | 91:15 | | | | |
| 92:24 | 92:25 | | | | |
| 94:20 | 95:22 | | | | |
| 107:18 | 107:25 | | | | |
| 130:16 | 130:20 | | | | |
| 177:21 | 178:5 | | | | |
| 215:4 | 215:25 | | | | |

**Deposition of Seth Alan Moore, July 23, 2014**

| From (page:line) | To (page:line) | Objections | Counter-Designations | Objections to Counters | Rebuttal designations |
|---|---|---|---|---|---|
| 6:10 | 6:12 | | | | |
| 11:18 | 12:3 | | | | |
| 12:8 | 12:9 | | | | |
| 24:18 | 25:25 | | | | |
| 25:19 | 26:6 | | | | |
| 75:17 | 75:23 | | | | |
| 113:13 | 114:18 | | | | |
| 139:1 | 139:9 | | | | |
| 140:4 | 140:10 | | | | |

**Deposition of Seth Alan Moore, November 7, 2014**

| From (page:line) | To (page:line) | Objections | Counter-Designations | Objections to Counters | Rebuttal designations |
|---|---|---|---|---|---|
| 85:17 | 85:19 | | | | |
| 85:21 | 85:23 | | | | |
| 105:20 | 105:22 | | | | |
| 115:23 | 116:12 | | | | |
| 129:15 | 129:17 | | | | |
| 133:14 | 133:16 | | | | |
| 134:16 | 134:17 | | | | |
| 134:18 | 134:20 | | | | |
| 135:10 | 135:15 | | | | |

**Deposition of Rongkai (Alfred) Zhao, August 5, 2014**

| From (page:line) | To (page:line) | Objections | Counter-Designations | Objections to Counters | Rebuttal designations |
|---|---|---|---|---|---|
| 9:18 | 9:19 | | | | |
| 13:24 | 14:19 | | | | |
| 93:9 | 93:14 | | | | |
| 96:8 | 97:7 | | | | |
| 97:21 | 98:3 | | | | |
| 101:4 | 101:11 | | | | |
| 103:3 | 103:12 | | | | |

DATED:  January 8, 2015                              Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

 /s/   *John H. Barr, Jr.*
   John H. Barr, Jr.
   Attorney-in-Charge
   State Bar No. 00783605
   john.barr@bgllp.com

                    Christopher A. Shield
                    State Bar No. 24046833
                    chris.shield@bgllp.com
                    Timothy R. Geiger
                    State Bar No. 24078552
                    tim.geiger@bgllp.com

711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile

**ATTORNEYS FOR DEFENDANTS OVERSTOCK.COM, INC., SEARS ROEBUCK & COMPANY, SEARS BRANDS LLC, AND SEARS HOLDINGS CORPORATION**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document on this 8th day of January, 2015, via electronic mail.

                                  */s/ John H. Barr, Jr.*