**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **DROPLETS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 2:11-cv-401** |
| **v.** | § | |
| | § | |
| **OVERSTOCK.COM, INC.,** | § | **JURY TRIAL** |
| **SEARS ROEBUCK & CO.,** | § | |
| **SEARS BRANDS LLC,** | § | |
| **SEARS HOLDINGS CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' SUPPLEMENTAL DEPOSITION DESIGNATIONS AND PLAINTIFF'S OBJECTIONS AND COUNTERS OF JANUARY 8, 2015

| Matthew Baskin August 26, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 06:18 - 06:20 | | | | |
| 08:14 - 09:09 | | | | |
| 10:04 - 10:06 | | | | |
| 12:06 - 12:18 | | | | |
| 13:03 - 13:20 | | | | |
| 14:02-11 | 106 | 14:12-17 | | |
| 16:18 - 17:10 | 106 | 16:7-17 | | |
| 46:15 - 46:19 | | | | |
| 46:21 - 46:25 | | | | |
| 49:21 - 49:23 | | | | |
| 49:25 - 50:05 | | | | |
| 50:07 - 50:07 | | | | |
| 50:21 - 50:23 | | | | |
| 50:25 - 51:06 | | | | |
| 51:08 - 51:08 | | | | |
| 52:14 - 53:03 | | | | |
| 53:05 - 53:17 | | | | |
| 53:19 - 53:22 | | | | |
| 53:24 - 53:25 | | | | |
| 54:09 - 54:11 | | | | |
| 54:13 - 54:18 | | | | |
| 54:20 - 54:20 | | | | |
| 70:02 - 70:03 | | | | |
| 70:05 - 70:16 | | | | |
| 89:20 - 89:21 | | | | |
| 89:24 - 90:08 | | | | |
| 90:19 - 90:24 | | | | |
| 91:03 - 91:11 | | | | |
| 95:13 - 95:15 | | | | |
| 95:17 - 95:22 | | | | |
| 95:24 - 95:24 | | | | |
| 97:07 - 97:18 | | | | |
| 97:21 - 97:24 | | | | |
| 104:03 - 104:06 | | | | |
| 104:08 - 104:08 | | | | |
| 104:14 - 104:15 | | | | |
| 104:17 - 104:17 | | | | |

| Matthew Baskin August 26, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 115:20 - 115:25 | | | | |
| 116:03 - 116:03 | | | | |
| 124:01 - 124:06 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 124:08 - 124:11 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 124:13 - 14 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 126:05 - 126:09 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |

| | | | | |
|---|---|---|---|---|
| 126:11-14 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 129:07 - 129:11 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 129:13 - 129:14 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 129:17-22 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 129:24-130:14 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |

| | | | | |
|---|---|---|---|---|
| 135:06 - 135:08 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 135:10 - 135:13 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 135:15 - 15 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 135:20-22 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 135:24 - 136:03 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 136:05 - 136:08 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |

| | | | | |
|---|---|---|---|---|
| 136:10 - 136:10 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 137:25 - 138:09 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 138:11 - 138:12 | 106 | 125:3-15; 126:15-127:6; 127:17-128:2; 128:16-129:3; 129:17-130:11; 131:11-132:16; 132:23-133:4; 133:14-22; 137:6-19 | | |
| 151:08 - 151:09 | | | | |
| 151:11 - 151:18 | | | | |
| 151:20 - 152:17 | | | | |
| 152:19 - 152:19 | | | | |
| 163:24 - 164:10 | | | | |
| 164:12 - 164:14 | | | | |
| 164:16 - 164:18 | | | | |
| 164:20 - 164:21 | | | | |
| 164:23 - 164:25 | | | | |
| 165:03 - 165:11 | | | | |
| 165:13 – 165:15 | | | | |
| 170:11 - 170:14 | | | | |
| 170:16 - 170:21 | | | | |
| 170:23 - 171:02 | | | | |
| 171:04 - 171:08 | | | | |
| 171:10 - 171:14 | | | | |
| 171:16 - 171:19 | | | | |
| 171:21 - 171:23 | | | | |

| Matthew Baskin August 26, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 173:07 - 173:09 | 402/403 | | | |
| 173:11 - 173:16 | 402/403 | | | |
| 173:18 - 173:19 | 402/403 | | | |
| 174:05 - 174:11 | 402/403 | | | |
| 174:13 - 174:19 | 402/403 | | | |
| 174:21 - 174:21 | 402/403 | | | |
| 181:10 - 181:12 | 402/403 | | | |
| 181:14 - 181:17 | 402/403 | | | |
| 181:19 - 181:21 | 402/403 | | | |
| 181:23 - 182:05 | | | | |
| 182:07 - 182:07 | | | | |
| | | 19:5-8 | | |
| | | 19:18-21 | | |
| | | 21:7-11 | | |
| | | 21:3-6 | | |
| | | 22:4-9 | | |
| | | 28:22-29:3 | | |
| | | 32:10-14 | | |
| | | 120:3-7 | | |
| | | 125:3-15 | | |
| | | 126:15-127:6 | | |
| | | 127:17-128:2 | | |
| | | 128:16-129:3 | | |
| | | 129:17-130:11 | | |
| | | 131:11-132:16 | | |
| | | 132:23-133:7 | | |
| | | 133:14-22 | | |
| | | 137:6-19 | | |
| | | 174:22-175:11 | | |
| | | 187:8-9 | | |
| | | 187:10-11 | | |
| | | 187:12-15 | | |
| | | 187:16-18 | | |
| | | 187:19-21 | | |
| | | | | |

| David Berberian August 29, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 4:20-21 | | | | |
| 10:17-11:05 | | | | |
| 12:01-8 | | | | |
| 12:22-23 | | | | |
| 17:15-18:04 | | | | |
| 18:7-8 | | | | |
| 31:16-25 | | | | |
| 32:10-16 | | | | |
| 37:15-16 | | | | |
| 82:18-20 | | | | |
| 83:4-84:1 | | | | |
| 117:21-23 | | 117:24-119:4 | | |
| 119:9-20 | | 117:24-119:4 | | |
| 119:25-120:6 | | 117:24-119:4 | | |
| 120:13-120:24 | | 117:24-119:4 | | |
| 122:2-122:5 | | | | |
| 122:10-13 | | | | |
| 122:20-123:01 | | | | |
| 125:6-10 | | | | |
| 125:13-14 | | | | |
| 125:25-126:2 | | | | |
| 126:6-8 | | | | |
| 126:14-127:5 | | | | |
| 127:12-22 | | | | |
| 128:14-15 | | | | |
| 128:18-129:16 | | | | |
| | | 37:17-38:11 | | |
| | | 48:3-20 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Dr. Greg Blonder June 11, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 06:11 - 06:13 | | | | |
| 08:18 - 08:20 | | 11:8-11 | | |
| 18:11 - 18:18 | | 11:8-11 | | |
| 19:02 - 19:03 | | | | |
| 20:09 - 20:19 | | | | |
| 29:07 - 31:18 | | | | |
| 32:21 - 33:09 | 106 | 33:10-21 | | |
| 80:24 - 81:12 | | | | |
| 85:06 - 85:14 | | | | |
| 85:24-86:07 | | | | |
| 97:3-6 | 106 | 97:19-98:2 | | |
| 97:9-13 | 106 | 97:19-98:2 | | |
| 00106:24 - 00107:20 | | | | |
| 108:9-13 | | | | |
| 00121:22 - 00122:02 | | | | |
| 00124:19 - 00124:22 | | | | |
| 00125:16 - 00125:20 | | | | |
| 127:3-8 | | | | |
| 127:15-17 | | | | |
| 127:23-25 | | | | |
| 00130:7- 00130:08 | 402/403 | | | |
| 00130:10 - 00130:16 | 402/403 | | | |
| 00131:10 - 00131:19 | 402/403 | | | |
| 00131:21 - 00131:21 | 402/403 | | | |
| 00145:02 - 00145:13 | | | | |
| 00148:08 - 00148:15 | 106/402/403 | 167:18-168:6 | | |
| 00148:19 - 00148:25 | 106/402/403 | 167:18-168:6 | | |
| 00149:6-21 | 106/402/403 | 167:18-168:6 | | |
| 152:25-153:7 | 106/402/403 | 167:18-168:6 | | |
| | | | | |
| | | 28:6-19 | | |
| | | 124:3-17 | | |
| | | 155:17-157:21 | | |
| | | 165:14-22 | | |
| | | 166:5-15 | | |
| | | 171:13-173:25 | | |
| | | 174:1-10 | | |

| Philip S.J. Brittan August 27, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 6:20-22 | | | | |
| 10:16-11:5 | | 11:6-12 19:8-11 20:5-8 | | |
| 41:10-42:22 | | 42:23-45:19 | | |
| 71:3-11 | | | | |
| 71:14-20 | | | | |
| 72:10-13 | | | | |
| 86:12-13 | | | | |
| 86:15-21 | | | | |
| 92:5-19 | | | | |
| 96:17-19 | | | | |
| 96:21-97:8 | | | | |
| 97:10-12 | | | | |
| 98:15-16 | | | | |
| 98:18-99:8 | | | | |
| 114:2-3 | | | | |
| 114:5-10 | | | | |
| 114:23-24 | | | | |
| 115:2-5 | | | | |
| 115:7-20 | | | | |
| 115:22-116:14 | | | | |
| 116:16-21 | | | | |
| 116:23-117:6 | | | | |
| 117:8-12 | | | | |
| 117:14-19 | | | | |
| 117:21 | | | | |
| 125:20-22 | | 126:8-10 | | |
| 125:24-126:7 | | 126:8-10 | | |
| 128:13-19 | | | | |
| 154:17-20 | | | | |
| 154:22-155:4 | | | | |
| 162:19-22 | | | | |
| 162:24-164:10 | | | | |
| 164:12-165:21 | | | | |
| | | 11:20-13:11 | | |
| | | 50:16-51:12 | | |
| | | 76:22-77:11 | | |

10

| Philip S.J. Brittan August 27, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
|  |  | 81:18-82:2 |  |  |
|  |  | 82:6-12 |  |  |
|  |  | 82:16-21 |  |  |
|  |  | 83:20-84:3 |  |  |
|  |  | 85:9-15 |  |  |
|  |  | 85:19-86:3 |  |  |
|  |  | 86:4-11 |  |  |
|  |  | 104:9-22 |  |  |
|  |  | 109:13-113:7 |  |  |
|  |  | 129:11-13 |  |  |

| Alexander Bulkin June 17, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 00006:13 - 00006:15 | | | | |
| 00021:08 - 00022:02 | | | | |
| 00022:12 - 00022:17 | | | | |
| 23:13-15 | | | | |
| 24:18-25:7 | | | | |
| 00028:08 - 00028:24 | | | | |
| 29:11-24 | | | | |
| 00038:10 - 00038:14 | | | | |
| 00038:17 - 00038:22 | | | | |
| 00038:25 - 00038:25 | | | | |
| 00039:14- 00039:20 | | | | |
| 00039:23 - 00040:03 | | | | |
| 00040:06 - 00040:11 | | | | |
| 00040:14 - 00040:19 | | | | |
| 00040:22 - 00040:25 | | | | |
| 00041:23 - 00041:24 | | | | |
| 00042:03 - 00042:03 | 106 | 42:14-43:2 | | |
| 00045:22 - 00045:23 | | 43:3-13 | | |
| 00046:02 - 00046:03 | | | | |
| 00049:05 - 00049:07 | | | | |
| 00049:10 - 00049:11 | 106 | 49:22-50:11 | | |
| 00059:13 - 00059:15 | | 53:11-54:4 | | |
| 59:19-60:10 | 106 | 57:11-14 | | |
| 00060:13 - 13 | 106 | 61:4-13 | | |
| 00063:04 - 00063:12 | 106 | 66:25-67:7 | | |
| 00073:06 - 00074:04 | | | | |
| 00076:18 - 00076:20 | | | | |
| 00079:22 - 00080:8 | 402/403 | | | |
| 00080:17 - 00080:19 | | | | |
| 00080:22 - 00080:24 | | | | |
| 81:2-2 | | | | |
| 00085:23 - 00087:4 | 402/403 | | | |
| 00100:25 - 00101:2 | | | | |
| 101:13-18 | | | | |
| 101:19-102:12 | 402/403 | | | |
| 00116:03 - 00116:18 | | | | |
| 00118:18 - 00118:21 | | | | |
| 00118:24 - 00119:03 | | | | |

| Alexander Bulkin June 17, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 00119:06 - 00119:09 | | | | |
| 00119:12 - 00119:15 | 106 | 119:16-20 | | |
| 00120:23- 00121:02 | 106 | 120:20-21 | | |
| 00121:05 - 00121:08 | | | | |
| 00121:10 - 00121:18 | | | | |
| 00123:04 - 00123:05 | | | | |
| 00123:08 - 00123:08 | | | | |
| 00125:06 - 00125:11 | 402/403 | | | |
| 00131:14 - 00131:16 | 402/403 | | | |
| 00136:14- 00136:15 | | | | |
| 00136:18 - 00136:18 | 106 | 135:25-137:20 | | |
| 00138:13 - 00138:14 | | | | |
| 00138:17 - 00138:20 | | | | |
| 00138:23 - 00139:02 | | | | |
| 00139:05 - 00139:07 | | | | |
| 00139:10 - 10 | | | | |
| 00140:17 - 00140:18 | | | | |
| 00140:21 - 00140:23 | | | | |
| 00141:02 - 00141:05 | | | | |
| 00141:08 - 00141:22 | | | | |
| 00141:25 - 00141:25 | | | | |
| 00143:19 - 00144:03 | | | | |
| 00144:06 - 00144:06 | | | | |
| 00157:14 - 00157:19 | | | | |
| 00160:05 - 00160:06 | | | | |
| 160:9-9 | | | | |
| 00160:17 - 00160:19 | | | | |
| 00160:22 - 00160:22 | 402/403 | | | |
| 00161:04 - 00161:06 | 402/403 | | | |
| 00161:09 - 00161:12 | 402/403 | | | |
| 00161:15 - 00161:15 | 402/403 | | | |
| 00161:20 - 00161:22 | 402/403 | | | |
| 00161:25 - 00161:25 | 402/403 | | | |
| 00162:02 - 00162:04 | 402/403 | | | |
| 00162:07 - 00162:10 | 402/403 | | | |
| 00162:13 - 00162:13 | 402/403 | | | |

| Alexander Bulkin June 17, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' | Defendants' Counter-counter designations |
| 00162:24 - 00163:07 | 402/403 | | | |
| 00163:10 - 00163:12 | 402/403 | | | |
| 00163:15 -15 | 402/403 | | | |
| 163:20-164:4 | 402/403 | | | |
| 00163:06 - 00163:07 | 402/403 | | | |
| 00163:10 - 00163:12 | 402/403 | | | |
| 00163:15 - 00163:18 | 402/403 | | | |
| 163:19-19 | 402/403 | | | |
| 00163:20 - 00164:7 | 402/403 | | | |
| 164:10-12 | 402/403 | | | |
| 164:15 | 402/403 | | | |
| 00165:10 - 14 | 402/403 | | | |
| 165:19-25 | 402/403 | | | |
| 00167:16 - 00167:18 | 402/403 | | | |
| 00167:21 - 00167:23 | 402/403 | | | |
| 00169:07 - 00169:09 | 402/403 | | | |
| 00169:12 - 00169:12 | 402/403 | | | |
| 00170:23 - 00170:25 | 402/403 | | | |
| 00171:15 - 00171:23 | 402/403 | | | |
| 00172:02 - 00172:02 | 402/403 | | | |
| 00172:10 - 00172:12 | | | | |
| 00172:15 - 00172:15 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Mark Cunningham<br>June 11, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 00006:19 - 00006:21 | | | | |
| 00024:03 - 00024:11 | | | | |
| 00030:15 - 00030:16 | | | | |
| 00030:18 - 00030:18 | | | | |
| 00031:03 - 00031:08 | | | | |
| 00031:10 - 00031:10 | | | | |
| 00031:12 - 00031:15 | | | | |
| 00031:17 - 00031:17 | | | | |
| 00031:19 - 00031:23 | | | | |
| 00032:03 - 00032:04 | | | | |
| 00032:06 - 00032:06 | | | | |
| 00032:13 - 00033:10 | | | | |
| 00033:12 - 00033:18 | | | | |
| 00033:20 - 00033:20 | 106 | 33:22-34:12 | | |
| 00034:13 - 00034:18 | | | | |
| 00035:07 - 00035:11 | | | | |
| 00035:24 - 00036:3 | | | | |
| 00042:16 - 00042:23 | | | | |
| 00061:06 - 00061:08 | | | | |
| 00061:10 - 00061:10 | | | | |
| 00061:12 - 00061:15 | | | | |
| 00061:17 - 00061:17 | 106 | 61:19-24 | | |
| 00070:07 - 00070:09 | 402/403 | | | |
| 00070:12 - 00070:14 | 402/403 | | | |
| 73:17-74:1 | 402/403 | | | |
| 76:13-14 | | | | |
| 76:16-16 | 402/403 | | | |
| 76:21-24 | 402/403 | | | |
| 77:2-5 | 402/403 | | | |
| 77:7-7 | 402/403 | | | |
| 77:18-19 | 402/403 | | | |
| 77:21-21 | 402/403 | | | |
| 77:23-78:4 | 402/403 | | | |
| 78:6-16 | 402/403 | | | |
| 80:14-80:16 | 402/403 | | | |
| 80:19-20 | 402/403 | | | |
| 80:22-81:02 | 402/403 | | | |
| 81:4-4 | 402/403 | | | |

| Mark Cunningham June 11, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 82:3-8 | 402/403 | | | |
| 82:10-17 | 402/403 | | | |
| 83:1-86:16 | 402/403 | | | |
| 84:18-24 | | | | |
| 93:17-19 | 402/403 | | | |
| 93:21-94:08 | 402/403 | | | |
| 94:12-14 | 402/403 | | | |
| 94:16-16 | 402/403 | 97:4-22 98:16-20 | | |
| 102:15-18 | 106 | 101:21-102:13 | | |
| 102:20-20 | | | | |
| 102:22-103:3 | | | | |
| 103:20-104:4 | | | | |
| 104:6-6 | | | | |
| 106:13-14 | | | | |
| 106:16-16 | | | | |
| 106:22-22 | | | | |
| 107:5-6 | | | | |
| 107:8-8 | | | | |
| 108:23-24 | 402/403 | | | |
| 109:2-6 | 402/403 | | | |
| 109:8-8 | 402/403 | | | |
| 109:15-17 | | | | |
| 109:19-19 | 402/403 | | | |
| 110:13-14 | 402/403 | | | |
| 110:16-20 | 402/403 | | | |
| 110:22-22 | 402/403 | | | |
| 115:17-20 | | | | |
| 115:22-24 | | | | |
| | | 121:24-122:7 | | |
| | | 141:2-142:22 | | |

| Louis Franco June 10, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 6:11-13 | | | | |
| 8:2-6 | 106 | 8:7-13 | | |
| 8:14-21 | | | | |
| 10:18-11:03 | | | | |
| 14:06-14:10 | | | | |
| 15:9-11 | | | | |
| 15:13-16 | | | | |
| 15:18-16:02 | | | | |
| 18:17-19:13 | 106 | 19:14-20:2 | | |
| 24:23-25:02 | | | | |
| 25:25-26:09 | | | | |
| 36:25-37:07 | | | | |
| 49:17-50:04 | | | | |
| 50:09-19 | | | | |
| 50:24-51:10 | | | | |
| 52:06-21 | | | | |
| 72:20-25 | 106 | 40:23-41:17; 76:7-77:6; 321:23-322:21 | | |
| 75:3-17 | 106 | 40:23-41:17; 76:7-77:6; 321:23-322:21 | | |
| 79:20-80:24 | | | | |
| 114:15-18 | | | | |
| 135:5-14 | | | | |
| 150:25-151:18 | | | | |
| 152:25-153:17 | | | | |
| 155:20-156:12 | | | | |
| 174:7-12 | | | | |
| 176:18-21 | | | | |
| 179:17-19 | | | | |
| 180:15-19 | | | | |
| 207:16-208:7 | | | | |
| 220:22-221:6 | | | | |
| 234:19-23 | | | | |
| 264:14-20 | 106 | 264:21-265:2 | | |
| 265:3-265:5 | | | | |
| 276:11-19 | | | | |

| | | | | |
|---|---|---|---|---|
| 277:9-11 | | | | |
| 279:12-23 | | | | |
| 287:16-21 | | | | |
| 292:8-17 | | | | |
| 319:16-320:9 | | | | |
| | | 28:16-24 | | |
| | | 40:23-41:17 | | |
| | | 85:21-86:14 | | |
| | | 104:19-25 | | |
| | | 120:16-24 | | |
| | | 321:23-322:21 | | |
| | | | | |

| Amit Goyal<br>July 24, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 6:21-8:13 | | | | |
| 9:7-13 | | | | |
| 17:20-19:10 | | | | |
| 19:12-20:03 | | | | |
| 20:20-21:19 | | | | |
| 24:09-25:02 | | | | |
| 25:15-20 | | | | |
| 25:22-22 | | | | |
| 29:6-8 | | | | |
| 35:23-36:01 | | | | |
| 36:03-36:05 | | | | |
| 38:15-39:01 | | | | |
| 47:20-22 | | | | |
| 47:24-48:04 | | | | |
| 48:06-48:7 | | | | |
| 48:14-17 | | | | |
| 51:03-20 | | | | |
| 51:22-52:10 | | | | |
| 53:08-53:10 | | | | |
| 53:12-53:13 | | | | |
| 55:22-56:01 | | 58:10-17 | | |
| 84:06-84:12 | | | | |
| | | 60:15-16; 60:18 | | |
| | | 69:22-24; 70:1 | | |

| Veera Chandra Sekhar Kovelakuntla July 31, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designatio s n | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 8:13-15 | | | | |
| 17:14-15 | | | | |
| 17:21-18:18 | | | | |
| 20:16-21:09 | | | | |
| 28:21-29:01 | | | | |
| 29:04-7 | | | | |
| 30:12-16 | | | | |
| 43:25-44:3 | | | | |
| 44:5-6 | | | | |
| 44:16-18 | | | | |
| 44:20-21 | | | | |
| 44:23-45:7 | | | | |
| 46:17-19 | | | | |
| 46:21-21 | | | | |
| 79:24-80:13 | | | | |
| 80:19-81:09 | | | | |
| 81:11-14 | | | | |
| 140:17-20 | | | | |
| 144:2-6 | | | | |
| 144:8-17 | | | | |
| 177:10-17 | | | | |
| 201:13-18 | | | | |
| 201:20-25 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Matthew Lifka[1] October 22, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 5:10-11 | | | | |
| 5:14-16 | | | | |
| 6:19-25 | | | | |
| 7:02-15 | | | | |
| 84:05-86:24 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[1] Droplets generally objects to Defendants' request to play testimony of this witness, as the Court excluded this witness from testifying at the December 8, 2014 Pretrial Conference. *See* Dkts. 318 & 320.

| Seth Alan Moore July 23, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 6:10-12 | | | | |
| 10:13-18 | | | | |
| 11:18-12:09 | | 12:11-14 | | |
| 13:19-25 | | 13:3-6; 13:10-18 | | |
| 20:14-17 | | | | |
| 21:07-21:12 | | | | |
| 27:17-28:17 | | | | |
| 29:01-29:24 | | | | |
| 44:07-44:09 | | | | |
| 44:22-45:01 | | | | |
| 52:01-52:03 | | | | |
| 52:06-16 | | | | |
| 56:20-22 | | | | |
| 56:24-57:03 | | 58:5-7; 58:9 | | |
| 125:03-5 | | 133:10-134:8 | | |
| 139:10-16 | | 139:17-140:8 | | |
| 147:11-14 | | | | |
| | | | | |

| Meenakski Nair[2] October 29, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 5:7-8 | | | | |
| 12:8-11 | | | | |
| 12:12-13 | | | | |
| 19:7-10 | | | | |
| 20:5-9 | | 20:21-23 | | |
| 55:4-4 | | | | |
| 55:7-10 | | | | |
| 55:12-23 | | | | |
| 61:18-62:5 | | | | |
| 62:12-63:4 | | | | |
| 63:20-64:19 | | | | |
| 79:20-80:4 | None, assuming 80:3 is end | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[2] Droplets generally objects to Defendants' request to play testimony of this witness, as the Court excluded this witness from testifying at the December 8, 2014 Pretrial Conference. *See* Dkts. 318 & 320.

| Frank Leon Rose August 26, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 6:16-18 | | | | |
| 10:18-11:18 | | 13:19-14:11 | | |
| 13:10-18 | | 13:19-14:11 | | |
| 15:15-16:6 | | 16:7-9 | | |
| 16:10-16 | | | | |
| 19:23-20:5 | | | | |
| 20:22-23 | | | | |
| 24:13-17 | | | | |
| 21:21-25:10 | | | | |
| 25:12-26:13 | | | | |
| 30:03-31:09 | | | | |
| 33:17-33:22 | | | | |
| 41:22-42:04 | | | | |
| 45:15-22 | | | | |
| 46:24-47:3 | | 42:5-43:15 | | |
| 48:9-48:13 | | 47:24-48:5 | | |
| 48:20-49:14 | | 47:24-48:5 | | |
| 50:16-18 | | 50:13-15 | | |
| 53:02-53:25 | | | | |
| 76:15-76:21 | | | | |
| 79:23-81:20 | | | | |
| 82:25-83:4 | | | | |
| 111:22-112:21 | | | | |
| 118:11-20 | | | | |
| 142:08-142:17 | | | | |
| 196:14-197:05 | | | | |
| 202:20-203:9 | | | | |
| | | 16:17-21 | | |

| | | Frank Leon Rose August 26, 2014 | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| | | 31:10-19 | | |
| | | 47:24-48:5 | | |
| | | 50:13-15 | | |
| | | 81:21-82:4 | | |
| | | 83:23-84:8 | | |
| | | 88:12-14 | | |
| | | 91:14-92:19 | | |
| | | 99:7-11 | | |
| | | 101:15-102:10 | | |
| | | 115:11-116:12 | | |
| | | 119:8-16 | | |
| | | 141:17-19 | | |
| | | 192:13-22 | | |

| Ingo B. Theuerkauf August 27, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 00006:09 - 00006:11 | | | | |
| 00019:05 - 00019:20 | | | | |
| 00019:23 - 00020:08 | | | | |
| 00037:21 - 00037:22 | | | | |
| 00037:24 - 00038:02 | | | | |
| 47:22-48:03 | | | | |
| 48:12-22 | | | | |
| 70:24-71:06 | | | | |
| 81:23-82:06 | 402/403 | | | |
| 141:13-143:15 | | 143:16-144:7 | | |
| 154:18-24 | | 153:13-154:7 | | |
| 158:9-21 | 106 | 159:15-25 | | |
| 160:11-15 | 106 | 164:10-20 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Rongkai Zhao August 5, 2014 | | | | |
|---|---|---|---|---|
| Defendants' Designation | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counters | Defendants' Counter-counter designations |
| 9:18-19 | | | | |
| 10:10-22 | | | | |
| 12:08-10 | | | | |
| 13:13-18 | | | | |
| 24:6-11 | | | | |
| 27:22-28:4 | | | | |
| 28:10-21 | | | | |
| 29:30:02 | | | | |
| 30:08-30:14 | | | | |
| 66:14-16 | | | | |
| 66:18-66:22 | | | | |
| 66:24-7:02 | | | | |
| 67:5-8 | | | | |
| 67:15-22 | | | | |
| 68:11-18 | | | | |
| 80:25-81:05 | | | | |
| 97:21-98:12 | | | | |
| 104:8-105:20 | | | | |
| | | | | |

DATED:  January 8, 2015

40