**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG-RSP |
| | § | |
| OVERSTOCK.COM, INC., et al | § | |

## ORDER

Regarding the parties' Joint Submission of Jury Materials (Dkt. No. 305), the Court notes significant disagreement among the parties as to each side's proposed Jury Instructions (Exh. A, Dkt. No. 305-1) and proposed Verdict Form (Exh. B, Dkt. No. 305-2). Accordingly, the Court hereby ORDERS the parties to meet and confer in an effort to significantly narrow the disputes for which the parties seek the Court's resolution.

It is FURTHER ORDERED that the parties file a Joint Amended Submission of Jury Materials reflecting the parties' respective positions no later than Sunday, January 11, 2015 at 12:00 p.m.

**SIGNED this 9th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE