**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG-RSP |
| | § | |
| OVERSTOCK.COM, INC., et al | § | |

## ORDER ADOPTING EXCLUSION OF WITNESSES

Before the Court is Defendants' Objections to Magistrate's Pretrial Order Excluding Sears' Witnesses Matt Lifka and Meenakshi Nair ("Defendants' Objections") (Dkt. No. 328). After reviewing Defendants' Objections, the Court finds the Magistrate Judge's determination to exclude was neither "clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Accordingly, Defendants' objections are **OVERRULED** and the Magistrate Judge's Order excluding Matt Lifka and Meenakshi Nair (Dkt. No. 320, ¶ 5) is hereby **ADOPTED**.

So ORDERED and SIGNED this 12th day of January, 2015.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE