IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DROPLETS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:11-CV-401 |
| V. | § | |
| | § | |
| OVERSTOCK.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**<u>ORDER</u>**

On this day came to be heard Defendants Overstock.com, Inc. ("Overstock"), Sears Roebuck and Company, Sears Brands, LLC and Sears Holdings Corporation's (collectively, "Sears") (with Overstock, collectively, "Defendants") Motion for Leave to File Motion to Exclude the Supplemental Opinions of Robert Mills ("Motion for Leave"). The Court, having considered the Motion for Leave, the response of Plaintiff Droplets, Inc., and the arguments of Counsel, if any, is of the opinion that the Motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Leave to File Motion to Exclude the Supplemental Opinions of Robert Mills is GRANTED.