**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG-RSP |
| | § | |
| OVERSTOCK.COM, INC., et al | § | |

**ORDER ADOPTING PRETRIAL ORDER REGARDING PARTIES'**
**EXHIBITS AND DEPOSITION DESIGNATIONS**

Before the Court is Defendants' Objections to the Magistrate's Pretrial Order Pre-Admitting Plaintiff's Litigation Settlement Agreements ("Defendants' Objections") (Dkt. No. 356). After reviewing Defendants' Objections, the Court finds the Magistrate Judge's rulings neither clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a). Accordingly, Defendants' objections are **OVERRULED** and the Magistrate Judge's Order Regarding Parties' Exhibits and Deposition Designations (Dkt. No. 350) is hereby **ADOPTED**.

   **So ORDERED and SIGNED this 13th day of January, 2015.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE