IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG-RSP |
| | § | |
| OVERSTOCK.COM, INC., et al | § | |

### ORDER ADOPTING PRETRIAL ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE ROBERT MILLS

Before the Court is Defendants' Objections to the Magistrate's Pretrial Order Denying Defendants' Motion to Exclude Robert Mills ("Defendants' Objections") (Dkt. No. 357). After reviewing Defendants' Objections, the Court finds the Magistrate Judge's rulings neither "clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a). Accordingly, Defendants' objections are **OVERRULED** and the Magistrate Judge's Order Denying Defendant's Motion to Exclude the Expert Testimony of Robert Mills (Dkt. No. 340) is hereby **ADOPTED**.

So ORDERED and SIGNED this 13th day of January, 2015.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE