IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG-RSP |
| | § | |
| EBAY, INC., ET AL. | § | |

**Pretrial Conference**
MAG. JUDGE ROY PAYNE PRESIDING
January 6, 2015

**OPEN: 1:30 pm**                                              **ADJOURN:   4:20 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Ted Stevenson |
| | Josh Budwin |
| | James Quigley |
| | Jenna Albert |
| | Tom Fasone |
| | Sam Baxter |
| | |
| ATTORNEY FOR DEFENDANTS: | John Barr |
| | Christopher Shield |
| | Richard Whiteley |
| | Gil Gillam |
| | |
| LAW CLERK: | Craig Walter |
| | |
| COURT REPORTER: | Shelly Holmes |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Ted Stevenson announced ready for plaintiff and introduced co-counsel.  Gil Gillam announced ready for defendants and introduced co-counsel.

Josh Budwin and Ted Stevenson responded to Defendants' objections to Plaintiff's exhibits.  Christopher Shield and John Barr argued the objections.  The Court made rulings and carried certain exhibits.

James Quigley and Jenna Albert argued Plaintiff's objections to Defendants' exhibits.  John Barr and Gil Gillam responded.  The Court made rulings.

Each side is instructed to deliver updated exhibit lists to the other side by the end of the day tomorrow.

The parties are also instructed to file by 1:00 p.m. on Thursday, an undated list of objections to the deposition designations.

The final pretrial conference will be Thursday, January 8th at 1:00 p.m.

Court adjourned.