IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG-RSP |
| | § | |
| EBAY, INC., ET AL. | § | |

**Final Pretrial Conference**
MAG. JUDGE ROY PAYNE PRESIDING
January 8, 2015

**OPEN: 1:00 pm**                                                                **ADJOURN:     2:50 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Josh Budwin |
| | James Quigley |
| | Jenna Albert |
| ATTORNEY FOR DEFENDANTS: | John Barr |
| | Christopher Shield |
| | Melissa Smith |
| LAW CLERK: | Craig Walter |
| COURT REPORTER: | Tonya Jackson |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Josh Buswin announced ready for plaintiff and introduced co-counsel.   Melissa Smith announced ready for defendants and introduced co-counsel.

Josh Budwin informed the Court that there are no more disputes regarding exhibits.

Mr. Budwin and Mr. Barr agued regarding the timing of informing each side of the objections to the deposition designations before trial each day.   It was agreed that the receiving side will have until 8:30 p.m. to object.

James Quigley argued plaintiff's objections to defendants' deposition designations.   Chris Shield responded.   The Court made rulings.

The Court took a recess to the give the parties time to meet and confer.

Mr. Quigley informed the Court of the agreements and objections that have been withdrawn.

Chris Shield argued defendants' objections to plaintiff's deposition designations.   The Court ruled.

Court adjourned.