IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG-RSP |
| | § | |
| OVERSTOCK.COM, INC., et al | § | |

**ORDER ADOPTING PRETRIAL ORDER DENYING
DEFENDANTS' MOTION TO EXCLUDE ELLIOT S. SCHWARTZ**

Before the Court is Defendants' Objections to the Magistrate's Pretrial Order Denying Defendants' Motion to Exclude Elliot Schwartz ("Defendants' Objections") (Dkt. No. 361). After reviewing Defendants' Objections, the Court finds the Magistrate Judge's rulings neither "clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a). Accordingly, Defendants' objections are **OVERRULED** and the Magistrate Judge's Order Denying Defendant's Motion to Exclude the Expert Testimony of Elliot S. Schwartz (Dkt. No. 341) is hereby **ADOPTED**.

So ORDERED and SIGNED this 14th day of January, 2015.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE