**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DROPLETS, INC.**<br><br>         Plaintiff,<br><br>    v.<br><br>**OVERSTOCK.COM, INC.,<br>SEARS ROEBUCK & CO.,<br>SEARS BRANDS LLC,<br>SEARS HOLDINGS CORPORATION,**<br><br>         Defendants. | Civil Action No. 2:11-cv-00401-JRG-RSP<br><br><br><br><br>JURY TRIAL |

## NOTICE OF INTENT TO REQUEST REDACTION

Plaintiff Droplets, Inc. ("Droplets") hereby notifies the Court that Droplets intends to request redaction of portions of the January 6, 2015 hearing transcript. Pursuant to the instructions in the Notice of Electronic Filing for Docket No. 339, Droplets will make its redaction request on or before February 2, 2015.


Dated: January 20, 2014

McKOOL SMITH, P.C.

/s/ Theodore Stevenson
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com

`

McKool 1073520v1

2

**MCKOOL SMITH, P.C.**
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9095

Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
Jennifer A. Albert
Texas State Bar No. 24087087
jalbert@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Courtland L. Reichman
California State Bar No. 268873
creichman@mckoolsmith.com
Stephanie M. Adams
California State Bar No. 289548
smadams@mckoolsmith.com
**MCKOOL SMITH HENNIGAN, PC**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

James A. Holmes
Texas State Bar No. 00784290
The Law Office of James Holmes, P.C.
212 South Marshall
Henderson, TX 75654
903.657.2800
903.657.2855 (facsimile)
jh@jamesholmeslaw.com

**ATTORNEYS FOR PLAINTIFF DROPLETS, INC.**

McKool 1073520v1

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3), on January 20, 2014.

/s/ *James E. Quigley*
James E. Quigley

McKool 1073520v1