**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DROPLETS, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:11-CV-401-JRG |
| OVERSTOCK.COM, INC., SEARS ROEBUCK & CO., SEARS BRANDS LLC, SEARS HOLDINGS CORPORATION, | § § § § § | |
| Defendants. | § § | |

## ORDER

The Court *sua sponte* orders the parties to mediate (post-verdict) their disputes before the Hon. David Folsom c/o Jackson Walker LLP within the next 30 days. Should the parties be unable to agree on a time and location for the mediation, the time and location of the mediation shall be at the discretion and direction of the Hon. David Folsom.

Each party shall attend the mediation with lead and local counsel and with a corporate representative who has full and unilateral authority to compromise all such disputes. All attendees shall attend in person and shall not exit such mediation sessions until authorized by the mediator. This district's applicable local rules shall govern and apply in all respects.

**So ORDERED and SIGNED this 20th day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE