**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DROPLETS, INC. § | |
| § | |
| v. § | Case No. 2:11-CV-401-JRG |
| § | |
| OVERSTOCK.COM, INC., ET AL. § | |

**MINUTES FOR JURY SELECTION/TRIAL DAY 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
January 13, 2015**

OPEN:  8:58 a.m.                                                                                      ADJOURN: 5:54 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Sam Baxter |
| | Ted Stevenson |
| | Josh Budwin |
| | James Quigley |
| | Jenna Albert |
| | |
| ATTORNEYS FOR DEFENDANTS: | Richard Whiteley |
| | John Barr |
| | Gil Gillam |
| | Chris Shield |
| | Kelley Clark |
| | Tim Geiger |
| | |
| LAW CLERKS: | Rudy Fink |
| | Craig Walter |
| | |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:58 a.m. | Court opened.  Introductory remarks by the Court. |
| 9:06 a.m. | Announcements made by the parties.  Ted Stevenson introduced co-counsel for Plaintiff.  Gil Gillam introduced co-counsel for Defendants. |
| 9:08 a.m. | Instructions given by Court. |
| 9:15 a.m. | Jury selection began. |
| 9:38 a.m. | Voir dire by Mr. Stevenson. |
| 10:19 a.m. | Voir dire by Mr. Gillam. |
| 10:56 a.m. | Bench conference re jury strikes. |

Page 2
January 13, 2015
Minutes

| TIME | MINUTES |
|---|---|
| 11:00 a.m. | Break for attorney strikes. |
| 11:26 a.m. | Court reconvened. |
| 11:31 a.m. | Jury sworn. |
| 11:39 a.m. | Jury excused for lunch. |
| 12:41 p.m. | Court hearing outside the presence of the jury re exhibits and slides. |
| 12:42 p.m. | Mr. Stevenson requested that the rule be invoked including expert witnesses. Witnesses sworn. |
| 12:46 p.m. | Jury returned to courtroom.   Preliminary instructions given to the jury by the Court. |
| 1:13 p.m. | Jury notebooks handed out and reviewed with Court. |
| 1:17 p.m. | Announcements by parties. |
| 1:18 p.m. | Opening statement by Mr. Stevenson for Plaintiff. |
| 1:42 p.m. | Opening statement by Mr. Barr for Defendants. |
| 2:05 p.m. | Direct examination by Mr. Josh Budwin of Mr. Philip Brittan. |
| 2:38 p.m. | Bench conference. |
| 2:39 p.m. | Direct examination continued. |
| 2:51 p.m. | PX 8 used. |
| 3:00 p.m. | Jury excused for break. |
| 3:17 p.m. | Court reconvened.   Jury returned to the Courtroom. Cross examination by Mr. Barr of Mr. Brittan. |
| 3:18 p.m. | PX 98 used |
| 3:26 p.m. | DX 16 used. |
| 3:31 p.m. | Redirect examination of Mr. Brittan by Mr. Budwin PX 1-3, Video PX 460 used. |
| 3:33 p.m. | DTX-016 used |
| 3:35 p.m. | Witness excused. |
| 3:36 p.m. | Direct examination of Dr. David Martin by Mr. Budwin. |
| 3:39 p.m. | Bench conference. |
| 3:49 p.m. | PX 658 used. |
| 3:51 p.m. | PX 654 used. |
| 3:53 p.m. | PX 657 used. |
| 3:55 p.m. | PX 652 used. |
|  | PX 648 used. |
| 3:57 p.m. | Wipe board used. |
| 4:17 p.m. | Witness returned to seat. |
| 4:19 p.m. | Claim chart used for '115 patent claim 25. |
| 4:21 p.m. | PX 3 used. |
| 4:28 p.m. | PX465.1 used. |

Page 3
January 13, 2015
Minutes

| TIME | MINUTES |
|---|---|
| 4:29 p.m. | PX 464.1 used. |
| 4:33 p.m. | PX 464.2 used. |
| 4:51 p.m. | PX 465.3 used. |
| 4:52 p.m. | PX 464.4 used. |
| 4:53 p.m. | PX 464.5 used. |
| 4:54 p.m. | PX 464.6 used. |
| 5:10 p.m. | Bench conference. |
| 5:11 p.m. | '115 Claims 1 & 2 discussed. |
| 5:15 p.m. | '115 Claims 12 & 24 discussed. |
| 5:17 p.m. | '838 Claims 1 & 2 discussed. |
| 5:27 p.m. | '745 Claim 1 discussed. |
| 5:31 p.m. | Sekhar deposition page 177:21 – 178:5 shown. |
| 5:37 p.m. | PX465 exhibits discussed. PX 464 exhibits discussed. |
| 5:51 p.m. | PX 459 used. |
|  | PX 458 used. |
| 5:53 p.m. | Jury excused until 8:15 a.m.   Will start at 8:30 a.m. |
| 5:54 p.m. | Court will be here at 7:30 a.m.   Parties to read in exhibit numbers used prior day. |