**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DROPLETS, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-401-JRG |
| | § | |
| OVERSTOCK.COM, INC., ET AL. | § | |

**MINUTES FOR TRIAL DAY 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
January 14, 2015**

**OPEN: 8:15 a.m.**            **ADJOURN: 5:26 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Sam Baxter |
| | Ted Stevenson |
| | Josh Budwin |
| | James Quigley |
| | Jenna Albert |
| | |
| ATTORNEYS FOR DEFENDANTS: | Richard Whiteley |
| | John Barr |
| | Gil Gillam |
| | Chris Shield |
| | Kelley Clark |
| | Tim Geiger |
| | |
| LAW CLERKS: | Rudy Fink |
| | Craig Walter |
| | |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:15 a.m. | Court opened. Hearing outside the presence of the jury. Exhibits used prior day read into the record by counsel.<br>Plaintiff used PX 1-4, PX 8 PX 458-460, 464.1- 464.10, 465.1-465.9, 648, 652, 654,657 and 658. No objections by defendants' counsel. Defendant used PX 98 and DTX 16. No objections by plaintiff's counsel. |
| 8:25 a.m. | Cross examination of Dr. Martin by Mr. Barr. Opening remarks by the Court. |
| 8:59 a.m. | Redirect examination of Dr. Martin by Mr. Budwin. |
| 9:05 a.m. | Objection outside the scope by Mr. Barr. Response by Mr. Budwin. Objection overruled. |

Page 2
January 14, 2015
Minutes

| TIME | MINUTES |
|---|---|
| 9:08 a.m. | Parties passed the witness. |
| 9:09 a.m. | Direct examination of David Berberian by Mr. Baxter. |
| 9:33 a.m. | Cross examination of Mr. Berberian by Mr. Gillam. |
| 9:42 a.m. | DTX 15 used. |
| 9:48 a.m. | DTX 18 used. |
| 9:53 a.m. | DTX 79 used. |
| 10:00 a.m. | PX 161 used. |
| 10:04 a.m. | DTX 95.001 used. |
| 10:11 a.m. | PX 158.001 used |
| 10:12 a.m. | Objection by Mr. Baxter – Bench conference. |
| 10:13 a.m. | Objection overruled. |
| 10:20 a.m. | Redirect examination of Mr. Berberian by Mr. Baxter. |
| 10:23 a.m. | DTX 95 used. |
| 10:25 a.m. | PX 161 used. |
| 10:30 a.m. | Re-cross examination of Mr. Berberian by Mr. Gillam. |
| 10:36 a.m. | Re-direct examination of Mr. Berberian by Mr. Baxter. |
| 10:37 a.m. | Parties passed the witness. |
| 10:38 a.m. | Jury excused. |
| 10:54 a.m. | Jury returned to courtroom. Video deposition of Rongkai Zhao shown by Counsel for Plaintiff. |
| 11:05 a.m. | Time for deposition given by Ms. Albert. |
| 11:06 a.m. | Direct examination of Dr. Elliott Schwartz |
| 11:12 a.m. | PX 665 used. |
| 11:19 a.m. | PX 666 used. |
| 11:26 a.m. | PX 664 used. |
| 11:27 a.m. | Cross examination of Dr. Schwartz by Mr. Whiteley. |
| 11:44 a.m. | PX 666 used. |
| 11:50 a.m. | Mr. Stevenson objected to question.   Court overruled. |
| 11:53 a.m. | Mr. Stevenson conducted Redirect examination of Dr. Schwartz. |
| 11:57 a.m. | Parties passed the witness. |
| 11:58 a.m. | Lunch recess. |
| 1:05 p.m. | Court reconvened. |
| 1:07 p.m. | Jury returned to courtroom. |
| 1:08 p.m. | Direct examination of Robert Mills by Mr. Stevenson. |
| 1:29 p.m. | PTX 570 used. |
| 1:53 p.m. | Cross examination of Mr. Mills by Mr. Whiteley. |
| 2:12 p.m. | PX 570 used. |

Page 3
January 14, 2015
Minutes

| TIME | MINUTES |
|---|---|
| 2:16 p.m. | Redirect examination of Mr. Mills by Mr. Stevenson. |
| 2:17 p.m. | Goyal deposition pages 69:22 – 70:1 used. |
| 2:21 p.m. | Recross examination of Mr. Mills by Mr. Whiteley. |
| 2:22 p.m. | Parties passed the witness. |
| 2:23 p.m. | Plaintiff Rests. Jury excused. Court will handle Rule 50(a) motions at a later time. |
| 2:36 p.m. | Court reconvened. |
| 2:37 p.m. | Direct examination of Seth Moore by Mr. Barr. |
| 2:46 p.m. | Cross examination of Mr. Moore by Mr. Baxter. |
| 2:55 p.m. | Parties passed the witness. |
| 2:56 p.m. | Direct examination of Amit Goyal by Mr. Barr. |
| 3:13 p.m. | Cross examination of Mr. Goyal by Mr. Budwin. |
| 3:22 p.m. | Parties passed the witness. |
| 3:23 p.m. | Direct examination of Veera Sekhar by Mr. Barr. |
| 3:44 p.m. | Cross examination of Mr. Sekhar by Mr. Budwin. |
| 3:47 p.m. | PX 658 and PX 657 used. |
| 3:51 p.m. | Parties passed the witness. |
| 3:52 p.m. | Jury excused. |
| 3:54 p.m. | Break. |
| 4:17 p.m. | Court reconvened. |
| 4:18 p.m. | Jury returned to the Courtroom. |
| 4:19 p.m. | Video deposition of Mat Baskin shown. |
|  | 13'48 4:42 |
| 4:38 p.m. | Video deposition of Greg Blonder shown. |
| 4:45 p.m. | Concluded 7 minutes 28 seconds. |
| 4:46 p.m. | Video deposition of Alexander Bulkin shown. |
| 5:00 p.m. | 14 minutes 20 sec |
| 5:01 p.m. | Video deposition of Dr. Ingo Theuerkauf shown. |
| 5:07 p.m. | Deposition concluded. |
| 5:08 p.m. | Direct examination of Dr. Erik Wilde by Mr. Shield. |
| 5:25 p.m. | Bench conference.   Jury excused. |
| 5:26 p.m. | Court adjourned. |