**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **DROPLETS, INC.,** | |
| **Plaintiff,** | **Civil Action No. 2:11-cv-00401-JRG-RSP** |
| **v.** | |
| **OVERSTOCK.COM, INC.,** **SEARS ROEBUCK & CO.,** **SEARS BRANDS LLC,** **SEARS HOLDINGS CORPORATION,** | **JURY TRIAL** |
| **Defendants.** | |

## <u>JOINT MOTION TO DISMISS SEARS</u>

WHEREAS, Plaintiff Droplets, Inc. ("Droplets") and Defendants Sears, Roebuck and Company, Sears Brands, L.L.C., and Sears Holdings Corporation (collectively, "Sears") have settled Droplets' claims for relief against Sears and Sears' counterclaims for relief against Droplets asserted in this case.

NOW, THEREFORE, Droplets and Sears, through their attorneys of record, request this Court to dismiss Droplets' claims for relief against Sears and Sears' counterclaims for relief against Droplets, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

DATED:  March 24, 2015.                    Respectfully submitted,


**McKool Smith, P.C.**

/s/ Josh Budwin

Theodore Stevenson III
LEAD ATTORNEY
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
**McKool Smith, P.C.**
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9095

Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
Jennifer A. Albert
Texas State Bar No. 24087087
jalbert@mckoolsmith.com
**McKool Smith, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Courtland L. Reichman
California State Bar No. 268873
creichman@mckoolsmith.com
Stephanie M. Adams
California State Bar No. 289548
smadams@mckoolsmith.com
**McKool Smith Hennigan, PC**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

James A. Holmes
Texas State Bar No. 00784290
The Law Office of James Holmes, P.C.
212 South Marshall
Henderson, TX 75654
903.657.2800
903.657.2855 (facsimile)
jh@jamesholmeslaw.com

**ATTORNEYS FOR PLAINTIFF
DROPLETS, INC.**


**BRACEWELL & GIULIANI LLP**

/s/ Christopher A. Shield
Christopher A. Shield
State Bar No. 24046833
Richard F. Whiteley
State Bar No. 24013744
Timothy R. Geiger
State Bar No. 24078552
Kelley L. Clark
State Bar No. 24087306
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile

/s/ John H. Barr, Jr.
John H. Barr, Jr.
State Bar No. 00783605
jbarr@kslaw.com
**KING & SPALDING LLP**
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
T: +1 713 751 3200
F: +1 713 751 3290


/s/ Charles S. Barquist
Charles S. Barquist
California State Bar No. 133785
cbarquist@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, #6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Telecopier: (213) 892-5454


/s/ Harry L. Gillam, Jr.
Harry L. Gillam, Jr.
Texas State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257


**ATTORNEYS FOR DEFENDANTS
SEARS, ROEBUCK & CO., SEARS
BRANDS LLC, AND SEARS
HOLDINGS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who has consented to electronic services on March 24, 2015. Local Rule CV-5(a)(3)(A).

/s/ *James E. Quigley*
James E. Quigley