# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DROPLETS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**OVERSTOCK.COM, INC.,**<br>**SEARS ROEBUCK & CO.,**<br>**SEARS BRANDS LLC,**<br>**SEARS HOLDINGS CORPORATION,**<br><br>Defendants. | Civil Action No. 2:11-cv-00401-JRG-RSP<br><br>JURY TRIAL |

## JOINT MOTION TO DISMISS OVERSTOCK.COM, INC.

WHEREAS, Plaintiff Droplets, Inc. ("Droplets") and Defendant Overstock.com, Inc. ("Overstock") have settled Droplets's claims for relief against Overstock and Overstock's counterclaims for relief against Droplets asserted in this case.

NOW, THEREFORE, Droplets and Overstock, through their attorneys of record, request this Court to dismiss Droplets's claims for relief against Overstock and Overstock's counterclaims for relief against Droplets, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

DATED: March 8, 2016.                    Respectfully submitted,


                                         **MCKOOL SMITH, P.C.**

                                         */s/ Josh Budwin*
                                         Theodore Stevenson III
                                         LEAD ATTORNEY
                                         Texas State Bar No. 19196650
                                         tstevenson@mckoolsmith.com
                                         **MCKOOL SMITH, P.C.**
                                         300 Crescent Court Suite 1500
                                         Dallas, TX 75201
                                         Telephone: (214) 978-4000
                                         Telecopier: (214) 978-4044

                                         Samuel F. Baxter
                                         Texas State Bar No. 01938000
                                         sbaxter@McKoolSmith.com
                                         **MCKOOL SMITH, P.C.**
                                         104 E. Houston St., Ste. 300
                                         P.O. Box O
                                         Marshall, Texas 75670
                                         Telephone: (903) 923-9000
                                         Telecopier: (903) 923-9095

                                         Josh W. Budwin
                                         Texas State Bar No. 24050347
                                         jbudwin@mckoolsmith.com
                                         James E. Quigley
                                         Texas State Bar No. 24075810
                                         jquigley@mckoolsmith.com
                                         Jennifer A. Albert
                                         Texas State Bar No. 24087087
                                         jalbert@mckoolsmith.com
                                         **MCKOOL SMITH, P.C.**
                                         300 West Sixth Street, Suite 1700
                                         Austin, Texas 78701
                                         Telephone: (512) 692-8700
                                         Telecopier: (512) 692-8744

1

Courtland L. Reichman
California State Bar No. 268873
creichman@mckoolsmith.com
Stephanie M. Adams
California State Bar No. 289548
smadams@mckoolsmith.com
**MCKOOL SMITH, PC**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

James A. Holmes
Texas State Bar No. 00784290
The Law Office of James Holmes, P.C.
212 South Marshall
Henderson, TX 75654
903.657.2800
903.657.2855 (facsimile)
jh@jamesholmeslaw.com

**ATTORNEYS FOR PLAINTIFF DROPLETS, INC.**


**BRACEWELL & GIULIANI LLP**

*/s/ Alan D. Albright*
Alan D. Albright
State Bar No. 00973650
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Phone: (512) 494-3620
Facsimile: (800) 404-3970

Christopher A. Shield
State Bar No. 24046833
Richard F. Whiteley
State Bar No. 24013744
Timothy R. Geiger
State Bar No. 24078552
Kelley L. Clark
State Bar No. 24087306
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile


*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT OVERSTOCK.COM, INC.**

3

McKool 1161977v1

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on March 8, 2016.  Local Rule CV-5(a)(3)(A).

>/s/ *James E. Quigley*
>James E. Quigley