**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DROPLETS, INC.** | **Civil Action No. 2:11-cv-00401-JRG-RSP** |
| **Plaintiff,** | |
| **v.** | |
| **OVERSTOCK.COM, INC.,
SEARS ROEBUCK & CO.,
SEARS BRANDS LLC,
SEARS HOLDINGS CORPORATION,** | |
| **Defendants.** | |

**ORDER**

Before the Court is Sears's Unopposed Motion for Partial Reconsideration of the Court's March 4, 2015 Order ("Motion"). (Dkt. No. 420.) The Court, having considered the Motion, finds that the Motion should be GRANTED. It is therefore ORDERED that Sears's Motion is **GRANTED**.

The Clerk is directed to redact the portions of the trial exhibits PX0446, PX0570, and DTX0101 and the portions of the January 14, 2015 AM session (Dkt. No. 377), January 14, 2015 PM session (Dkt. No. 378), and January 15, 2015 PM session (Dkt. No. 384) trial transcripts as proposed in the Exhibits to the Motion (Dkt. Nos. 420-1, 420-2, 420-3, 420-4, 420-5, and 420-6).

**So ORDERED and SIGNED this 5th day of April, 2016.**

_____
RODNEY   GILSTRAP
UNITED STATES DISTRICT JUDGE